**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

ANDREW NAMIKI ROBERTS,
*Plaintiff-Appellant*,

v.

CITY AND COUNTY OF HONOLULU,
*Defendant-Appellee.*

No. 16-16179

D.C. No.
1:15-cv-00467-
ACK-RLP

ORDER

Filed December 27, 2019

Before:  Kim McLane Wardlaw, Marsha S. Berzon,
and Johnnie B. Rawlinson, Circuit Judges.

**ORDER**

Pursuant to the Stipulated Motion to Voluntarily Dismiss Appeal, filed December 6, 2019, this appeal is **DISMISSED** with prejudice as to any issues that have not been resolved. Each party will bear its own costs and fees associated with this appeal.

A copy of this order will constitute the mandate of this court.